MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: berdinellalaw@gmail.com
Phone: (559) 436-8000
Fax:     (559) 436-8900

Attorney for Defendant/Petitioner,
Esther Andrade Olson

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent/Plaintiff,<br><br>  vs.<br><br>ESTHER ANDRADE OLSON,<br><br>  Petitioner/Defendant. | Case No.: 5:23-MJ-00017<br><br>**STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>**DATE: June 15, 2023**<br>**TIME: 2:00 p.m.**<br>**COURT: Hon. Barbara A. McAuliffe** |

## STIPULATION

Defendant Esther Andrade Olson, by and through her Counsel, Michael W. Berdinella, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Preliminary Hearing on June 15, 2023.

2. By this stipulation, defendant now moves to continue the Preliminary Hearing until August 7, 2023, and to exclude time between June 15, 2023, and August 7, 2023.

Good cause exists to allow the requested continuance.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER –
1

a) Counsel for defendant need additional time to consult with his client, review the current charges, to conduct an investigation and review discovery to prepare for the Preliminary Hearing.

b) The Government does not object to the continuance.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 15, 2023 to August 7, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which must commence.

IT IS SO STIPULATED.

Dated: June 8, 2023              /s/ Michael W. Berdinella
                                 Michael W. Berdinella
                                 Attorney for Esther Andrade Olson


                                 /s/ Chan Hee Chu
                                 Chan Hee Chu
                                 Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED** that the Preliminary Hearing is continued from June 15, 2023, to August 7, 2023, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 9, 2023**

UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER
3