PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ESTHER ANDRADE OLSON, <br><br> Defendant. | Case No. 1:23-cr-00164-ADA-BAM <br><br> STIPULATION TO VACATE PRELIMINARY HEARING AND SCHEDULE ARRAIGNMENT ON INFORMATION AND CHANGE OF PLEA; ORDER |

    The parties have filed a plea agreement to resolve this case. Ms. Olson will also file a waiver of indictment. Therefore, the parties agree that the case can be set for an arraignment on the information and change of plea hearing before the Honorable Ana de Alba on October 30, 2023, at 8:30 a.m. The parties have confirmed this date with the Court. The preliminary hearing scheduled for August 21, 2023, before the Honorable Erica P. Grosjean can be vacated.

    Ms. Olson's counsel requires additional time to prepare for the arraignment and change of plea hearing. Therefore, the parties agree to extend all applicable deadlines under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., through October 30, 2023, in the interests of justice,

including the need for defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of Ms. Olson to a speedy trial.

Dated:  August 18, 2023                         */s/ Michael Berdinella*
                                                MICHAEL W. BERDINELLA
                                                Counsel for Esther Andrade Olson


Dated:  August 18, 2023                         */s/ Chan Hee Chu*
                                                CHAN HEE CHU
                                                JOSEPH BARTON
                                                Assistant United States Attorneys

PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 1:23-cr-00164-ADA-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ESTHER ANDRADE OLSON, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, this case is set for an arraignment on the information and change of plea hearing on October 30, 2023, at 8:30 a.m., before the Honorable Ana de Alba. The preliminary hearing scheduled for August 21, 2023, is vacated. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through October 30, 2023, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  August 18, 2023

_____
UNITED STATES DISTRICT JUDGE