PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00164-ADA-BAM |
| Plaintiff, | STIPULATION TO EXCLUDE TIME; ORDER |
| v. | |
| ESTHER ANDRADE OLSON, | |
| Defendant. | |

This case has been rescheduled for an arraignment on the information and change of plea hearing before the Honorable Ana de Alba on November 6, 2023, at 8:30 a.m.

Ms. Olson's counsel requires additional time to prepare for the arraignment and change of plea hearing. Therefore, the parties agree to extend all applicable deadlines under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., through November 6, 2023, in the interests of justice, including the need for defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of Ms. Olson to a speedy trial.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  October 31, 2023

*/s/ Michael Berdinella*
MICHAEL W. BERDINELLA
Counsel for Esther Andrade Olson

Dated:  October 31, 2023

*/s/ Chan Hee Chu*
CHAN HEE CHU
JOSEPH BARTON
Assistant United States Attorneys

PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00164-ADA-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ESTHER ANDRADE OLSON, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, this case is set for an arraignment on the information and change of plea hearing on November 6, 2023, at 8:30 a.m., before the Honorable Ana de Alba. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through November 6, 2023, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: November 1, 2023

UNITED STATES DISTRICT JUDGE