AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America ) <br> v. ) <br> Esther Andrade Olson ) <br> ) <br> *Defendant* ) | Case No. 1:23-cr-00164-ADA-BAM |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 08-18-2023

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Michael W. Berdinella
_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

Ana de Alba, District Judge, Eastern District of California
_____
*Judge's printed name and title*